IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DENNIS WILLIAMS, | § | |
| | § | No. 465, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: |
| | § | |
| v. | § | Superior Court of the |
| | § | State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. I.D. No. 1402014360 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 9, 2018
Decided: May 11, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## O R D E R

This 11th day of May 2018, the Court, having considered this matter on the briefs of the parties and the record below, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated August 22, 2017,[1] reissued upon remand on November 8, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice

---

[1] *State v. Williams*, 2017 WL 3616889 (Del. Super. Aug. 22, 2017) (order).